```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3139 |
| v. | ) | |
| JUAN MARCO LUCAS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's oral motion to continue the hearing on defendant's request for release is granted and the hearing is continued from December 4 to December 18, 2008 at 2:00 p.m. before the undersigned magistrate judge.

Defendant shall be present for the hearing.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge