```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:08CR3139
                               )
     V.                        )
                               )
JUAN MARCO LUCAS,              )         ORDER
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

1.  The defendant's unopposed oral motion to change the date and time of defendant's plea hearing is granted.  The change of plea hearing is moved from March 19, 2009 to March 17, 2009 at 9:30 a.m.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 13th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge