```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3139 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN MARCO LUCAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to reschedule the change of plea hearing, filing no. 34, is granted and the hearing is rescheduled from March 19 to **March 17, 2009, at 9:30 a.m.**

Defendant is required to be present for the hearing.

DATED this 16th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge